NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1514

SAMSUNG ELECTRONICS CO., LTD.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,

Intervenors.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-631.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Upon consideration of Sharp Corporation et al.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT

AUG 3 1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 3 1 2009

JAN HORBALY
CLERK

cc:    Ruffin B. Cordell, Esq.
        Jean H. Jackson, Esq.
        Alan Cope Johnston, Esq.
s19

2009-1514